Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

RICHARD DOUGLAS DORN

) Chapter 13
)
) Case No.: 8:07-bk-11285-TA
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)
)
)
)
)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300677** in the sum of **$5.54** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

RICHARD DOUGLAS DORN
P O BOX 10047
WESTMINSTER, CA 926850000

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711285 | RICHARD DOUGLAS DORN ACCT: | Claim: 00000 | XXX-XX-5276 | 5.54 | 0.00 | 5.54 |
| | | TOTALS | | 5.54 | 0.00 | 5.54 |

RICHARD DOUGLAS DORN

BALANCE:              [0.00  13/00000]
SSN: XXX-XX-5276    SSN:
ACCT:                         CASE: 0711285
PRINCIPAL:        5.54   INTEREST:        0.00

---

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA 92856

SUNTRUST  
800-786-8787

64-79 / 611

0300677

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$5.54

**PAY**   Five And 54 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)  
255 E. TEMPLE STREET  
LOS ANGELES, CA  90012

⑈0300677⑈ ⑆061100790⑆ 000000575186 2⑈